UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**GREGORY ROMAN,**

      **Petitioner,**

**v.**

**W. I. LeBLANC, Warden,**

      **Respondent.**

**ORDER**
**Civil File No. 04-4280 (MJD/JSM)**

Gregory Roman, pro se.

Joseph T. Dixon, III, Assistant United States Attorney, Counsel for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jayne S. Mayeron, dated May 19, 2005. The Report and Recommendation recommended that Petitioner's Application for Habeas Corpus Relief under 28 U.S.C. § 2241 [Doc. No. 1] be denied. Petitioner has filed objections to the Report and Recommendation. In those objections, Petitioner requests that the Court conduct an evidentiary hearing for the purpose of having BOP employees explain the way they calculate good time credit.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.1(c). Based on that review, the

Court adopts the Report and Recommendation dated May 19, 2005. Petitioner's request for an evidentiary hearing is denied.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Magistrate Judge's Report and Recommendation dated May 19, 2005 [Doc. No. 11] is hereby **ADOPTED**;

2. Petitioner's Application for Habeas Corpus Relief under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**; and

3. This action is **SUMMARILY DISMISSED WITH PREJUDICE**.

Dated: June 17, 2005

                                                s/ Michael J. Davis
                                                Michael J. Davis
                                                United States District Court